# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANDREW K. DONKOR,

        Petitioner,

v.

NORTH KERN STATE PRISON et al.,

        Respondents.

Case No. EDCV 18-0614-JPR

**J U D G M E N T**

Pursuant to the Memorandum Decision and Order Granting Respondent's Motion to Dismiss, Denying Petitioner's Motions, Denying Petition, and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed.

DATED: September 27, 2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE